NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**CENTRIPETAL NETWORKS, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

_____

2020-1634, 2020-1829

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01386, IPR2018-01512.

_____

**JUDGMENT**

_____

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Menlo Park, CA, argued for appellant.  Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY.

JEFFREY BLAKE, Merchant & Gould PC, Atlanta, GA, argued for appellee.  Also represented by DANIEL W. MCDONALD, Minneapolis, MN; MICHAEL WAGNER, Denver, CO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2021           /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court